MARY C. DOLLARHIDE (SB# 138441)
marydollarhide@paulhastings.com
HANNAH J. COLE (SB# 253381)
hannahcole@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
12th Floor
San Diego, CA 92121
Telephone: 1(858) 458-3000
Facsimile: 1(858) 458-3005

Attorneys for Defendant
EQUINIX, INC.

ALAN ADELMAN (SB# 170860)
alan@alanadelmanlaw.com
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

Attorney for Plaintiff
MILA VILLAFLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILA VILLAFLOR,<br><br>          Plaintiff,<br><br>     vs.<br><br>EQUINIX, INC.,<br><br>          Defendant. | CASE NO. 3:12-CV-05604-JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT EQUINIX, INC. TO ANSWER OR RESPOND TO COMPLAINT (N.D. CAL. CIV. L.R. 6-1(a))** |

1  Pursuant to this Court's Civil Local Rule 6-1(a), Plaintiff Yvonne Cramer and
2  Defendant Equinix, Inc., hereby stipulate that Defendant's time in which to answer, object, or
3  otherwise respond to Plaintiff's Complaint is extended to and including December 28, 2012.
4  This extension will not alter the date of any event or any deadline already fixed by Court order.

6  IT IS SO STIPULATED.

8  DATED: November 16, 2012          MARY C. DOLLARHIDE
                                     HANNAH J. COLE
9                                    PAUL HASTINGS LLP

11                                   By: _____
                                           HANNAH J. COLE
12
13                                   Attorneys for Defendant
                                     EQUINIX, INC.

15  DATED: November 16, 2012          ALAN ADELMAN
                                      LAW OFFICES OF ALAN ADELMAN

17                                   By: _Alan Adelman_____
                                           ALAN ADELMAN
18
19                                   Attorney for Plaintiff
                                     YVONNE CRAMER

21  LEGAL_US_W # 73379214.1

22  Dated: 11/27/12

*IT IS SO ORDERED*
Judge Joseph C. Spero
(Seal: United States District Court, Northern District of California)

Case No. 4:12-CV-05605-KAW        -1-        STIPULATION EXTENDING TIME TO
                                             RESPOND TO COMPLAINT

## PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul Hastings LLP, 4747 Executive Drive, 12th Floor, San Diego, CA 92121.

On November 26, 2012, I served the foregoing document(s) described as:

**STIPULATION EXTENDING TIME FOR DEFENDANT EQUINIX, INC. TO ANSWER OR RESPOND TO COMPLAINT (N.D. CAL. CIV. L.R. 6-1(a))**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

>Alan Adelman
>alan@alanadelmanlaw.com
>LAW OFFICES OF ALAN ADELMAN
>240 Stockton Street, 9th Floor
>Union Square
>San Francisco, CA 94108
>Telephone: (415) 956-1360
>Facsimile: (415) 625-1339

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[ ] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul Hastings LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul Hastings LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY OVERNITE EXPRESS) I am readily familiar with the practice of Paul Hastings LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on November 26, 2012.

_____
Tamara L. Morrow